IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LAKEYSHA YOUNG, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RUSSELL CORPORATION, )<br>)<br>Defendant. ) | Civil Action No.:<br>2:08-CV-148-WHA |

**ANSWER**

Defendant Russell Corporation (hereinafter "Russell") for answer to the complaint states as follows:

1. Russell admits that this Court has subject matter jurisdiction over this case but denies that it violated the Family Medical Leave Act.

2. Russell does not contest venue.

3. Russell admits that the Plaintiff is an individual but is without sufficient or information to form a belief as to her home address.

4. Russell does not contest personal jurisdiction in this case.

5. Russell admits that at all times relevant to this case it employed more than 50 employees within a 75 mile radius of the location of where the Plaintiff

worked.

6. Russell admits that the Plaintiff was employed by it in Wetumpka, Alabama.

7. Russell incorporates herein its responses to Paragraphs 1 through 6 of the complaint.

8. Denied. The Plaintiff first became employed by Russell in December 2006. She was employed by Russell for less than a year.

9. Russell admits that in November 2007 the Plaintiff applied for a leave of absence and completed paperwork relating to the leave. Russell denies that Plaintiff completed all required paperwork.

10. Russell is without sufficient knowledge or information to form a belief as to the truth of the allegations of Paragraph 10 and therefore denies them.

11. Russell admits that the Plaintiff was terminated in December 2007, but denies the remaining allegations of this paragraph.

12. Denied.

13. Except as expressly herein admitted, Russell denies all of the material allegations of complaint.

## FIRST DEFENSE

The Plaintiff's claim for backpay is barred to the extent she has not properly mitigate her damages

## SECOND DEFENSE

The Plaintiff is not entitled to an award of liquidated damages because she has not pled and cannot prove facts sufficient to support such an award under the FMLA.

## THIRD DEFENSE

The Plaintiff was not employed by Russell long enough to be an eligible employee under the FMLA. Even if the Plaintiff were an eligible employee under the FMLA, she was not entitled to leave under the FMLA, because she did not timely present medical certification of the need for leave.

WHEREFORE, premises considered, Defendant requests judgment in its favor, including costs.

Respectfully submitted

s/Jay St. Clair
Jay St. Clair
LITTLER MENDELSON, P.C.
Wachovia Tower
420 20th Street North, Suite 2730
Birmingham, AL  35203
Telephone: 205.421.4777
Facsimile: 205.449.8446
Email: jstclair@littler.com

Attorney for Defendant
Russell Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Anderson Nelms, Esquire
Anderson Nelms & Associates, LLC
847 S. McDonough Street, Suite 100
Montgomery, Alabama 36104
Phone: 334-263-7733
Fax: 334-263-7733
Email: andynelms@andersonnelms.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants.

None.

/Jay St. Clair
OF COUNSEL