IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LAKEYSHA YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: |
| v. ) | 2:08-CV-148-WHA |
| ) | |
| RUSSELL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. Proc. 7.1, Defendant Russell Corporation states that 100% of its stock is owned by Fruit of the Loom, Inc. All of the stock owned by Fruit of the Loom, Inc. is owned by Berkshire Hathaway, Inc., which is a publicly traded company.

Respectfully submitted

s/Jay St. Clair
Jay St. Clair
LITTLER MENDELSON, P.C.
Wachovia Tower
420 20th Street North, Suite 2730
Birmingham, AL  35203
Telephone: 205.421.4777
Facsimile: 205.449.8446
Email: jstclair@littler.com

Attorney for Defendant
Russell Corporation

Firmwide:84657116.1 800000.3500

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Anderson Nelms, Esquire
Anderson Nelms & Associates, LLC
847 S. McDonough Street, Suite 100
Montgomery, Alabama 36104
Phone: 334-263-7733
Fax: 334-263-7733
Email: andynelms@andersonnelms.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants.

None.

/Jay St. Clair
OF COUNSEL