IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LAKEYSHA YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 2:08-CV-148-WHA |
| | ) | |
| RUSSELL CORPORATION, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT OF THE PARTIES' PLANNING MEETING**

**1. APPEARANCES:** Pursuant to Rule 26(f) of the *Federal Rules of Civil Procedure* and Local rule 26.1(a), a conference was held on **April 15, 2008** via teleconference between the following:

    Keith Anderson Nelms, for Plaintiffs; and

    Jay St. Clair, for Defendants.

**2. PRE-DISCOVERY DISCLOSURES:** The parties will exchange, by **May 15, 2008**, the information required by Local Rule 26.1(a)(1).

*3.* **DISCOVERY PLAN:** The parties jointly propose to the Court the following discovery plan:

    (a)    Discovery will be needed on the following subjects:

        1.    All information pertaining to Plaintiff's claims and damages;

        2.    Defendants' defenses.

    (b)    All discovery must be commenced in time to be completed by **January 11, 2009**.

 (c) There will be a maximum of **25** interrogatories by each party, including sub-parts, to any other party. The responses will be due **30** days after service.

 (d) There will be a maximum of **25** requests for production of documents by each party, including sub-parts, to any other party. The responses will be due **30** days after service.

 (e) There will be a maximum of **15** requests for admission by each party, including sub-parts, to any other party. The responses will be due **30** days after service.

 (f) The parties agree that no more than **3** depositions may be taken by a party without leave of Court or agreement of the parties. The parties agree that each deposition is limited to a maximum of **6** hours unless extended by agreement of the parties.

 (g) Reports from retained experts under Rule 26(a)(2) will be due from Plaintiff by **November 1, 2008**, and from Defendants by **November 1, 2008**.

 (h) Supplementation of the core disclosures under Rule 26(e) will be within **30** days before the end of the discovery period.

**4. OTHER ITEMS:**

 (a) **Scheduling Conference:** The parties do not request a conference with the Court before entry of the scheduling order.

 (b) **Dispositive Motions:** All potentially dispositive motions must be filed by **February 11, 2009**.

 (c) **Settlement:** Settlement and the possibility for mediation cannot be evaluated until some discovery is completed.

2

(d)     **Pretrial Conference:**  The parties request a final pretrial conference **45** days before trial.

(e)     **Trial Evidence:**  the final list of witnesses and trial evidence under Rule 26(a)(3) should be due **21** days before trial.  The parties should have **10** days after service of the final lists of trial evidence to list objections under Rule 26(a)(3).

(f)     **Trial Date:**  The case should be ready for trial by **March 16, 2009**, and is expected to take approximately **2** days of trial time.

Dated: April 15, 2008.

3

/s/ Andy Nelms
Keith Anderson Nelms
Attorney for Plaintiff
Anderson Nelms & Associates, LLC
847 So. McDonough Street, Ste. 100
Montgomery, AL 36104
334-263-7733 (voice)
334-832-4390 (fax)
andynelms@andersonnelms.com
ASB-6972-E63K


/s/ Jay St. Clair
Littler Mendelson, P.C.
Attorney for Defendant
Wachovia Tower
420 20th Street North, Suite 2730
Birmingham, AL 35203
205-421-4777(voice)
205-449-8446 (fax)
jstclair@litter.com


**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I have served a copy of the foregoing REPORT OF THE PARTIES' PLANNING MEETING upon the following electronically or by placing a copy thereof, addressed to him or her as indicated below, in U.S. Mail, first class postage prepaid, on this the 15TH day of APRIL, 2008.


/s/ Andy Nelms
Of Counsel

4